UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        CASE NO.: 4:10-CR-59-SPM-WCS

VINCENT R. CLARK,

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 25) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **VINCENT R. CLARK**, to Counts One through Nine and Count Twelve of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>seventh</u> day of March, 2011.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge